_____

No: 20-1316
_____

Steven L. Reed

Plaintiff - Appellant

v.

Cliff Smart, Missouri State University President; Missouri State University Security Guard; Missouri State University Board of Governors; City of Springfield, Missouri; Chief of Police; Governor of Missouri; Library Staff; Vice Presidents of Missouri State University; John Doe; Jane Doe

Defendants - Appellees
_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:19-cv-03348-BP)
_____

**JUDGMENT**

Before COLLOTON, WOLLMAN, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

March 11, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans